# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: __3:92CR00298-002__ |
| MICHAEL SCEARCY | ) USM No: __10948-058__ |
| | ) |
| Date of Previous Judgment: __12/5/1994__ | ) __None__ |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __300__ months **is reduced to** __242__ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | __36__ | Amended Offense Level: | __34__ |
| Criminal History Category: | __IV__ | Criminal History Category: | __IV__ |
| Previous Guideline Range: | __262__ to __327__ months | Amended Guideline Range: | __210__ to __262__ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III.  ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __12/5/1994__ shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   __October 7, 2009__

Effective Date:   _____
      (if different from order date)

_Frank D. Whitney_
**Frank D. Whitney**
**United States District Judge**